United States District Court
Southern District of Texas
**ENTERED**
January 30, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ISRAEL ANTONIO TORRES, TDCJ #1601476, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-22-4197 |
| LAVONDA J. McLEMORE, et al., | § § | |
| Defendants. | § § | |

### FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED with prejudice**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 30th day of Jan., 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE